1  BENJAMIN B. WAGNER
   United States Attorney
2  HEATHER MARDEL JONES
   Assistant United States Attorney
3  United States Courthouse
   2500 Tulare Street, Suite 4401
4  Fresno, California 93721
   Telephone: (559) 497-4000
5  Facsimile: (559) 497-4099

6  Attorneys for the United States

7

8          IN THE UNITED STATES DISTRICT COURT FOR THE

9                 EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,              )   1:12-CV-00156-AWI-MJS
                                          )
12             Plaintiff,                 )   **APPLICATION AND ORDER FOR**
                                          )   **PUBLICATION**
13      v.                                )
                                          )
14                                        )
   APPROXIMATELY $4,302.23 IN             )
15 U.S. CURRENCY SEIZED FROM              )
   BANK OF AMERICA ACCOUNT                )
16 NUMBER 11641-44420, HELD IN            )
   THE NAME OF ALTERNATE                  )
17 NATURAL SOLUTIONS,                     )
                                          )
18             Defendants.                )
   _____        )
19

20      The United States of America, Plaintiff herein, applies for an order of

21 publication as follows:

22      1.    Rule G(4) of the Supplemental Rules for Admiralty or Maritime Claims

23 and Asset Forfeiture Actions (hereafter "Supplemental Rules") provides that the

24 Plaintiff shall cause public notice of the action to be given in a newspaper of general

25 circulation or on the official internet government forfeiture site;

26      2.    Local Rule 171, Eastern District of California, provides that the Court

27 shall designate by order the appropriate newspaper or other vehicle for publication;

28 ///

1        3.       The defendant approximately $4,302.23 in U.S. currency seized from
2 Bank of America, Account Number 11641-44420, held in the name of Alternate
3 Natural Solutions (hereafter "defendant funds"), were seized on or about May 25,
4 2011, at 180 South Washington Street in Sonora, California and are in the custody
5 of the U.S. Marshals Service, Eastern District of California. The Drug Enforcement
6 Administration published notice of the non-judicial forfeiture of the defendant funds
7 on August 29, September 5, and September 12, 2011, in the *Wall Street Journal.*

8        4.       Plaintiff proposes that publication be made as follows:
9              a.       One publication;
10             b.       Thirty (30) consecutive days;
11             c.       On the official internet government forfeiture site
12                     www.forfeiture.gov;
13             d.       The publication is to include the following:
14                     (1)   The Court and case number of the action;
15                     (2)   The date of the seizure/posting;
16                     (3)   The identity and/or description of the property
17 seized/posted;
18                     (4)   The name and address of the attorney for the Plaintiff;
19                     (5)   A statement that claims of persons entitled to possession
20 or claiming an interest pursuant to Supplemental Rule G(5) must be filed with the
21 Court and served on the attorney for the Plaintiff no later than 60 days after the
22 first day of publication on the official internet government forfeiture site; and
23                     (6)   A statement that answers to the Complaint or a motion
24 under Rule 12 of the Federal Rules of Civil Procedure must be filed and served
25 within 21 days after the filing of the claims and, in the absence thereof, default may
26 ///
27 ///
28 ///

1 be entered and condemnation ordered.

3 Dated: February 17, 2012         BENJAMIN B. WAGNER
                                   United States Attorney

                                   /s/ Heather Mardel Jones
                                   HEATHER MARDEL JONES
                                   Assistant United States Attorney

**ORDER**

10        IT IS SO ORDERED.

11 Dated:    February 21, 2012           /s/ *Michael J. Seng*
                                      UNITED STATES MAGISTRATE JUDGE