BENJAMIN B. WAGNER
United States Attorney
HEATHER MARDEL JONES
Assistant United States Attorney
United States Courthouse
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for the United States

FILED

FEB 2 2 2012

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
        DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>APPROXIMATELY $4,302.23 IN U.S. CURRENCY SEIZED FROM BANK OF AMERICA ACCOUNT NUMBER 11641-44420, HELD IN THE NAME OF ALTERNATE NATURAL SOLUTIONS,<br><br>    Defendant. | 1:12-CV-00156-AWI-MJS<br><br>**ORDER REGARDING CLERK'S ISSUANCE OF WARRANT FOR ARREST OF ARTICLES *IN REM*** |

WHEREAS, a Verified Complaint for Forfeiture *In Rem* has been filed on February 1, 2012, in the United States District Court for the Eastern District of California, alleging that approximately $4,302.23 in U.S. currency seized from Bank of America, Account Number 11641-44420, held in the name of Alternate Natural Solutions (hereafter "defendant funds") are subject to forfeiture to the United States pursuant to 21 U.S.C. § 881(a)(6) for one or more violations of 21 U.S.C. §§ 841 *et seq.*;

And, the Court being satisfied that, based on the Verified Complaint for Forfeiture *In Rem* and the affidavit of Drug Enforcement Administration Special

1 Agent Shawn W. Riley, there is probable cause to believe that the defendant funds
2 so described constitute property that is subject to forfeiture for such violation(s),
3 and that grounds for the issuance of a Warrant for Arrest of Articles *In Rem* exist,
4 pursuant to Rule G(3)(b)(i) of the Supplemental Rules for Admiralty or Maritime
5 Claims and Asset Forfeiture Actions;

6    IT IS HEREBY ORDERED that the Clerk for the United States District
7 Court, Eastern District of California, shall issue a Warrant for Arrest of Articles *In
8 Rem* for the defendant funds.

9 Dated: 2/22/12

GARY S. AUSTIN
United States Magistrate Judge