1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>               Plaintiff,<br><br>    v.<br><br>APPROXIMATELY $4,302.23 IN U.S. CURRENCY SEIZED FROM BANK OF AMERICA ACCOUNT NUMBER 11641-44420, HELD IN THE NAME OF ALTERNATE NATURAL SOLUTIONS,<br><br>               Defendant.<br>_____/ | CASE No. 1:12-CV-00156 AWI-MJS<br><br>FINDINGS AND RECOMMENDATIONS GRANTING PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT AND FINAL JUDGMENT OF FORFEITURE<br><br>ECF No. 16<br><br>OBJECTIONS DUE WITHIN FOURTEEN (14) DAYS |

This matter came before the Honorable Judge Michael J. Seng on Plaintiff United States' *ex parte* motion for default judgment. There was no appearance by or on behalf of any other person or entity claiming an interest in the defendant funds to oppose plaintiff's motion. Based on Plaintiff's motion and the files and records of the Court, THE COURT FINDS as follows:

       1.     This action arose out of a Verified Complaint for Forfeiture *In Rem* filed February 1, 2012.

-1-

2.      Plaintiff United States of America has moved this Court, pursuant to Local Rule 540, for entry of default judgment of forfeiture against potential claimants Joseph Okdie and Sara Jacobs.

3.      Plaintiff has shown that a complaint for forfeiture was filed; that potential claimants Joseph Okdie and Sara Jacobs received notice of the forfeiture action; that any and all other unknown potential claimants have been served by publication; and that grounds exist for entry of a final judgment of forfeiture.

Therefore, IT IS RECOMMENDED that:

Joseph Okdie and Sara Jacobs be held in default;

Plaintiff's motion for default judgment and final judgment of forfeiture be granted;

A judgment by default be entered against any right, title, or interest of potential claimants Joseph Okdie and Sara Jacobs, and all other unknown potential claimants, in the Defendant funds; and

A final judgment be entered, forfeiting all right, title, and interest in the Defendant funds to the United States of America, to be disposed of according to law.

///////
///////
///////
///////
///////
///////
///////
///////
///////
///////

-2-

1    These Findings and Recommendations are submitted to the United States

2  District Judge assigned to the case, pursuant to the provisions of Title 28 U.S.C. §

3  636(b)(1). Within fourteen (14) days after being served with these Findings and

4  Recommendations, any party may file written objections with the Court and serve a

5  copy on all parties. Such a document should be captioned "Objections to Magistrate

6  Judge's Findings and Recommendations."  Any reply to the objections shall be served

7  and filed within ten (10) days after service of the objections.  The parties are advised

8  that failure to file objections within the specified time may waive the right to appeal the

9  District Court's order.  Martinez v. Ylst, 951 F.2d 1153 (9th Cir. 1991).

10

11

12

13

14

15  IT IS SO ORDERED.

16  Dated:    August 10, 2012         ___/s/ _Michael J. Seng___
                                      UNITED STATES MAGISTRATE JUDGE

17

18

19

20

21

22

23

24

25

26

27

28                                    -3-